592

June 4, 1982.

447 A.2d 636

Commonwealth v. Best, Appellant.

Submitted February 24, 1982. James Robert Protasio, Assistant Public Defender, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.

448 A.2d 645

Commonwealth v. Brown, Appellant.
Reargument Denied Aug. 19, 1982.

Petition for Allowance of Appeal Denied Oct. 29, 1982.

Argued March 10, 1982. Joel Harvey Slomsky, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.